UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
D.H. and C.H., *individually and on behalf of Y.H.*  :
:
Plaintiffs,  :
:      22-CV-1873 (JMF) (RWL)
-v-  :
:      ORDER
:
NEW YORK CITY DEPARTMENT OF EDUCATION,  :
:
Defendant.  :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated March 7, 2022, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 8.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **April 11, 2022**.

      SO ORDERED.

Dated: April 4, 2022
       New York, New York

                                                JESSE M. FURMAN
                                          United States District Judge